UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CR-465 CEJ |
| ) | |
| JAMES GEORGE MAY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Mary Ann L. Medler for determination and recommended disposition, where appropriate. On September 11, 2006, Judge Medler issued a Report and Recommendation with respect to the motion filed by defendant James George May for severance of defendants. The defendant has objected to the recommendation that the motion be denied.

Section 636(b)(1) requires a district judge to make a *de novo* determination of the specified proposed findings and recommendations of a magistrate judge as to which objection is made. In the instant case, May has filed only general, non-specific objections to the Report and Recommendation. He does not point to any specific error in the magistrate judge's factual findings or in her application of the law to the facts. Thus, his objections are insufficient to trigger *de novo* review by the Court.

Accordingly,

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant James George May for severance [Doc. # 23] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 14th day of September, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com